IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DA'VHON YOUNG,

    Plaintiff,

v.                                                                                                 4:21cv399–WS/MAF

ROBERT KELLY, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed November 10, 2021. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and failure to comply with court orders. In the alternative, the magistrate judge recommends that Plaintiff's complaint be dismissed as an impermissible shotgun pleading. Plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint is hereby DISMISSED without prejudice as a shotgun pleading, for failure to comply with court orders to appropriately amend his complaint, and for failure to prosecuate.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this   28th   day of   December  , 2021.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE